**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 08-30187 |
| Plaintiff - Appellee, | D.C. No. 2:06-CR-00096-LRS-1 |
| v. | |
| MARIO GARCIA, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Eastern District of Washington
Lonny R. Suko, Chief Judge, Presiding

Submitted September 13, 2010 [**]

Before:    SILVERMAN, CALLAHAN, and NR SMITH, Circuit Judges.

   Mario Garcia appeals from his the district court's denial of his 18 U.S.C.

§ 3582(c)(2) motion to reduce his sentence.  We have jurisdiction under 28 U.S.C.

§ 1291, and we affirm.

---

   [*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

   [**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Garcia's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record.  We have provided the appellant the opportunity to file a pro se supplemental brief.  No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80-81 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED**.  Garcia's request for new counsel is **DENIED**.

**AFFIRMED**.